1 | Michael D. Stein
2 | Attorney at Law
3 | CA State Bar. 43726
4 | 2727 Broadway
5 | San Diego CA 92102
6 | 619/232-8987
7 | Fax 619/232-2286



FILED

FEB 12 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(SAN DIEGO)

| UNITED STATES OF AMERICA, | Case No.: 08mj 8087-01 |
|---|---|
| Plaintiff, | SUBSTITUTION OF ATTORNEY AND ORDER THEREON |
| Vs | |
| IGNACIO GUZMAN-NARVAEZ | |
| Defendant | |

The defendant, **Ignacio Guzman-Narvaez**, hereby substitutes **Michael D. Stein**, as his attorney of record in the case on file herein.

The defendant's current attorney of record, is now relieved of any and all responsibility for defendant's representation, including trial and appeal.

**I CONSENT TO THE SUBSTITUTION**

Dated: February 8, 2008

*Ignacio Guzman*
Ignacio Guzman-Narvaez
**Defendant**

```
USA V GUZMAN-NARVAEZ
08-mj-8087-01


I CONSENT TO THE SUBSTITUTION


Dated:
                                        _____
                                              Appointed Counsel



I CONSENT TO THE SUBSTITUTION


Dated: February 8, 2008
                                        _____
                                              Michael D. Stein
                                          Attorney for Defendant




SO ORDERED


Dated:  2-12-08
                                        _____
                                       U.S. District Court Magistrate
```