**FILED**
FEB 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR529-DMS |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| IGNACIO GUZMAN-NARVAEZ, | Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about January 29, 2008, within the Southern District of California, defendant IGNACIO GUZMAN-NARVAEZ, did knowingly and intentionally import approximately 2306 kilograms (approximately 50.73 pounds), of Marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: February 26, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
2/26/08