# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

08CR0529 DMS

UNITED STATES OF AMERICA )   CASE NUMBER 08MJ8087
)
vs )   ABSTRACT OF ORDER
)
Ignacio Guzman-Narvaez )   Booking No. 05930198
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3-7-08__
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $ __15,000__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

PETER C. LEWIS
_____
UNITED STATES MAGISTRATE JUDGE

OR

Received _____   W. SAMUEL HAMRICK, JR.   Clerk
        DUSM                       by
                                   _____
                                   Deputy Clerk

Crim-9   (Rev 6-95)                                  ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY