MICHAEL D. STEIN
Attorney at Law
CSBN: 43726
2727 Broadway
San Diego, California 92102
Telephone: (619)-232-8987

Attorney for Defendant
IGNACIO GUZMAN-NARVAEZ

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08-CR00529-001-DMS |
| Plaintiff, ) | |
| v. ) | JOINT MOTION TO CONTINUE |
| IGNACIO GUZMAN-NARVAEZ, ) | SENTENCING AND ORDER THEREON |
| Defendant. ) | |

Sentencing in this matter is currently set for May 30, 2008.  The defendant is currently not in custody.

Sabrina Feze, the Assistant United States Attorney in this matter and Michael D. Stein, Attorney for Defendant, have come to the conclusion that the sentence in this matter should be continued in order to resolve other issues between plaintiff and defendant.

WHEREFORE, the attorney's for plaintiff and defendant hereby jointly move for a continuance of sentencing from May 30, 2008 to July 18, 2008, 9:00am.

**SO STIPULATED**:

Dated: May 22, 2008

                                                             s/michael d. stein
                                                             MICHAEL D. STEIN,
                                                             Attorney for Defendant,
                                                             IGNACIO GUZMAN-NARVAEZ

**SO STIPULATED**

Dated: May 22, 2008

                                              s/sabrina feze_____
                                              SABRINA FEZE
                                              Assistant United States Attorney

**SO ACKNOWLEGED**.

Dated: May 22, 2008

                                              s/ignacio guzman-narvaez _____
                                              IGNACIO GUZMAN-NARVAEZ,
                                              Defendant.