. MICHAEL D. STEIN
Attorney at Law
CSBN: 43726
2727 Broadway
San Diego, CA 92102
Telephone: (619)-232-8987

Attorney for Defendant,
IGNACIO GUZMAN-NARVAEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE DANA M. SABRAW)

| UNITED STATES OF AMERICA, | Case No.: 08-CR00529-001-DMS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING |
| IGNACIO GUZMAN-NARVAEZ, | |
| Defendant. | |

The joint motion of defendant IGNACIO GUZMAN-NARVAEZ and the Assistant United States Attorney Sabrina Feze to continue the sentencing of said defendant, came on regularly today.

After reading the motion and considering the reasons set forth therein, the court orders as follows:

The joint motion is **GRANTED**.

Sentencing in this matter is hereby continued from May 30, 2008 to July 18, 2008

/ / /

/ / /

1 at 9:00am.  All of the defendant's bond and release conditions shall continue to remain

2 intact.

3

4 **IT IS SO ORDERED.**

5 May 22, 2008

6

7                                                                        UNITED STATES DISTRICT
                                                                         COURT JUDGE
8 .