MICHAEL D. STEIN
Attorney at Law
CSBN: 43726
2727 Broadway
San Diego, California 92102
Telephone: (619)-232-8987

Attorney for Defendant
IGNACIO GUZMAN-NARVAREZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No.: 08-CR00529-001-DMS |
| Plaintiff,  ) | |
| v.                                                            ) | JOINT MOTION TO CONTINUE |
| IGNACIO GUZMAN-NARVAREZ,     ) | SENTENCING AND ORDER THEREON |
| Defendant.  ) | |
| _____) | |

Sentencing in this matter is currently set for July 18, 2008. The defendant is currently not in custody.

Sabrina Feze, the Assistant United States Attorney in this matter and Michael D. Stein, Attorney for Defendant, have come to the conclusion that the sentence in this matter should be continued in order to resolve other issues between plaintiff and defendant and allow for debriefing.

WHEREFORE, the attorney's for plaintiff and defendant hereby jointly move for a continuance of sentencing from July 18, 2008 to August 22, 2008, 9:00am.

**SO STIPULATED**:

Dated: July 10, 2008

                                                  s/michael d. stein
                                                  MICHAEL D. STEIN,
                                                  Attorney for Defendant,
                                                  IGNACIO GUZMAN-NARVAREZ

JOINT MOTION FOR CONTINUANCE OF SENTENCING

**SO STIPULATED**

Dated: July 10, 2008

                                              s/sabrina feze_____
                                              SABRINA FEZE
                                              Assistant United States Attorney

**SO ACKNOWLEGED**.

Dated: July 10, 2008

                                              s/ignacio guzman-narvaez _____
                                              IGNACIO GUZMAN-NARVAREZ,
                                              Defendant.