1  MICHAEL D. STEIN
   Attorney at Law
2  CSBN: 43726
   2727 Broadway
3  San Diego, California 92102
   Telephone: (619)-232-8987
4
   Attorney for Defendant
5  IGNACIO GUZMAN-NARVAREZ

6

7
                    UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9
                    (HONORABLE DANA M. SABRAW)
10

11
   UNITED STATES OF AMERICA,        )   Case No.: 08-CR00529-001-DMS
12                                  )
                    Plaintiff,      )
13     v.                           )
                                    )   JOINT MOTION TO CONTINUE
14 IGNACIO GUZMAN-NARVAREZ,         )   SENTENCING AND ORDER THEREON
                                    )   & ORDER
15                  Defendant.      )
                                    )
16 _____)

17     Sentencing in this matter is currently set for July 18, 2008. The defendant is currently not in

18 custody.

19     Sabrina Feze, the Assistant United States Attorney in this matter and Michael D. Stein, Attorney

20 for Defendant, have come to the conclusion that the sentence in this matter should be continued in order

21 to resolve other issues between plaintiff and defendant and allow for debriefing.

22     WHEREFORE, the attorney's for plaintiff and defendant hereby jointly move for a continuance

23 of sentencing from July 18, 2008 to August 22, 2008, 9:00am.

24     **SO STIPULATED**:

25 Dated: July 10, 2008    ORDER:

26                         **IT IS SO ORDERED.**                s/michael d. stein
                                                                MICHAEL D. STEIN,
27                         DATED 7-11-08                        Attorney for Defendant,
                                                                IGNACIO GUZMAN-NARVAREZ
28                         _____
                           UNITED STATES DISTRICT JUDGE
                                              - 1 -
                        JOINT MOTION FOR CONTINUANCE OF SENTENCING