MICHAEL D. STEIN
Attorney at Law
CSBN: 43726
2727 Broadway
San Diego, CA 92102
Telephone: (619)-232-8987

Attorney for Defendant,
IGNACIO GUZMAN-NARVAEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08-CR00529-001-DMS |
| Plaintiff, ) | |
| v. ) | JOINT MOTION TO CONTINUE |
| ) | SENTENCING |
| IGNACIO GUZMAN-NARVAEZ, ) | |
| Defendant. ) | |

Sentencing in this matter is currently set for August 22, 2008. The defendant is currently not in custody.

Michael D. Stein, Attorney for Defendant, has agreed that sentencing will be continued to allow further discussion of the sentence and respective schedules of counsel for defendant and the Assistant United States Attorney.

**WHEREFORE**, the attorney's for plaintiff and defendant hereby jointly move for

/ / /

/ / /

- 1 -

JOINT MOTION FOR CONTINUANCE OF SENTENCING

Case 3:08-cr-00529-DMS   Document 32   Filed 08/13/2008   Page 2 of 3

1  a continuance of sentencing from August 22, 2008 to October 3, 2008 at 9:00am.

2  **SO STIPULATED**:

3

4  Dated: August 13, 2008

5     s/michael d. stein _____
      MICHAEL D. STEIN,
6     Attorney for Defendant,
      IGNACIO GUZMAN-NARVAEZ
7

8  **SO STIPULATED**

9

10 Dated: August 13, 2008

11    s/sherine becker_____
      SHERINE BECKER,
12    Assistant United States Attorney

- 2 -
JOINT MOTION FOR CONTINUANCE OF SENTENCING